IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>OFFICER MICHAEL HOLCEY, )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:19cv21-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that correctional officers used excessive force against him and that he was denied a timely opportunity to rinse mace off himself. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2019.

                                    /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**